WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
  Attorney for Plaintiff

FILED'05 AUG 30 15:40USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**PHILLIP HEISS**,                                                    CV # 04-999-HA

     Plaintiff,

vs.                                                                        ORDER

**COMMISSIONER of Social Security**,

     Defendant.

---

     Attorney fees in the amount of $6,200.00 and expenses in the amount of $15.93 are hereby

awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in

the amount of $169.00 are awarded pursuant to 28 U.S.C. § 1920.


     DATED this **30** day of _____Aug_____, 2005.

                                _____
                               United States District Judge

Submitted on August 25, 2005 by:

/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
  Attorney for Plaintiff

Phillip Heiss
CIVIL ACTION NO. 04-999-HA

<u>Federal Court Expenses</u>:

Service postage for Plaintiff's Federal Court Complaint and
Supporting Documents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $14.87

Filing postage for Plaintiff's Opening Brief . . . . . . . . . . . . . . . . . . . . . $1.06

<u>Total Expenses</u>: **$15.93.**

<u>Federal Court Costs</u>:

Federal Court filing fee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $150.00

Copy costs for Plaintiff's Federal Court Complaint and
Supporting Documents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $7.00

Copy costs for Plaintiff's Opening Brief . . . . . . . . . . . . . . . . . . . . . . $12.00

<u>Total Costs</u>: **$169.00.**