WILBORN LAW OFFICE, P.C.  
TIM WILBORN, Attorney at Law — OSB # 944644  
twilborn@mindspring.com  
P.O. Box 2768  
Oregon City, OR 97045  
Voice: (503) 632-1120  
Fax: (503) 632-1198  
   Attorney for Plaintiff

FILED'10 JAN 11 1453 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**PHILLIP HEISS,**                                                     CV # 04-999-HA

   Plaintiff,

vs.                                                                 ORDER

**COMMISSIONER of Social Security,**

   Defendant.

---

      Attorney fees in the amount of $30,888.78 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds this is a reasonable fee. Previously, this court awarded $6,200.00, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. When issuing the § 406(b) check, the agency is directed to subtract the amount previously awarded under the EAJA, and to send to Plaintiff's attorney **at his current address shown above** the balance of $24,688.78, minus any user fee. Any amount withheld (including the EAJA fee offset) after all administrative and court attorneys fees are paid should be released to the claimant.

      DATED this ___ day of _____, 2010.

                                                  _____  
                                                  United States District Judge

Presented by:  
s/ Tim Wilborn, OSB # 944644  
(503) 632-1120  
   Attorney for Plaintiff

ORDER - Page 1